DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHER JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1069

[July 13, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 43-2002-CF-000867-A.

Asher Jones, Florida City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***